# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Joycelyn Jesus; DOB: 1974; United States Citizen<br>Michael Wayne Pablo; DOB: 1973; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>16-00420 MJ |

Complaint for violation of Title 21, United States Code, Section 846

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

Beginning at a time unknown, and continuing to on or about December 9, 2016, at or near Sells, on the Tohono O'odham Indian Nation, in the District of Arizona, **Joycelyn Jesus** and **Michael Wayne Pablo**, named herein as defendants and co-conspirators, did knowingly and intentionally combine, conspire, confederate and agree together and with other persons known and unknown to possess with intent to distribute 50 kilograms or more of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On Thursday, December 8, 2016, Joycelyn JESUS was driving a Gold 2000 Ford Expedition bearing Arizona license plate BSG1573. This vehicle is registered to JESUS. She was pulling a white 10 foot enclosed utility trailer bearing Arizona license plate 64462C. This trailer is also registered to JESUS. The Expedition was traveling approximately 35-40 miles per hour with its emergency flashers on, and was closely followed by Michael Wayne PABLO in a Kia Sorrento. The Tohono O'odham Police Department (TOPD) began following the Expedition and Kia. At approximately 0142 hours, both vehicles abruptly stopped in the middle of State Route 86 on the Tohono O'odham Indian Nation. PABLO quickly exited the Kia and ran up to the Expedition and began talking to JESUS. TOPD Officers Brown and Leon made contact with JESUS and PABLO. PABLO stated they had stopped in the road because the Expedition was having transmission problems. JESUS told the officers that she had unloaded furniture on the TON. TOPD asked JESUS for permission to search the Expedition and trailer, which she gave. Upon inspection of the empty trailer, the TOPD officers observed that the interior length of the trailer was shorter than the exterior length, that the wood paneling of the sides and front of the trailer were much newer than the floorboards, and tool marks on screws on the exterior of the trailer, indicating that they had been removed at some point. Based upon these indicators, the officers suspected the trailer contained a concealed compartment. The officers then asked TOPD dispatch to contact the United States Border Patrol (USBP) for a K-9 agent to respond.

USBP K-9 Agent Luke Youngstead arrived on scene and asked JESUS for permission to conduct a free air sniff with his canine on the exterior of her vehicle and trailer. JESUS consented to the sniff. Jerry-E gave positive alerts on the trailer. Upon inspection of the interior of the trailer, Agent Youngstead observed that the screws on the front wall of the trailer were different from those used on the rest of the trailer. He also observed that the interior dimensions of the trailer were shorter than the exterior dimensions. Agent Youngstead removed the front paneling and found a metal wall. He could see what appeared to be packages of suspected narcotics in the large void behind the metal wall. **Continued on reverse ...**

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| REQUEST DETENTION<br>Being duly sworn, I declare that the foregoing is<br>true and correct to the best of my knowledge.<br>HHB/jm<br>AUTHORIZED BY: AUSA Heather H. Sechrist | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>SPECIAL AGENT |
|---|---|
| Sworn to before me and subscribed in my presence.<br>SIGNATURE OF MAGISTRATE JUDGE | DATE<br>December 12, 2016 |

1) See Federal rules of Criminal Procedure Rules 3 and 54

JESUS and PABLO were placed under arrest and were taken to the Homeland Security Investigations (HIS) office in Sells, AZ. At the HSI office, the metal wall was removed from the front of the trailer. The hidden compartment contained 22 large bundles of a green, leafy substance. A representative sample of the substance later field tested positive for the properties of marijuana. The combined weight of the 22 packages was 258.98 kilograms (571.05 pounds).

SA Elton and SA Eric Ford conducted a post-Miranda interview with Michael PABLO. PABLO denied knowledge of any smuggling activities and stated that he had come to the TON to help JESUS move a relative. PABLO stated he had gotten separated from JESUS and never reconnected with her until she came back across the border.

SAs Elton and Ford, and Group Supervisor Matthew Hall conducted an interview with Joycelyn JESUS. JESUS stated she had taken the trailer into Mexico to the location where she was supposed to leave it. She stated that the people there began doing something in the trailer that she could not see. JESUS stated someone got in the back seat of the Expedition and directed her to drive back to the border. JESUS stated she thought the man had a gun and felt like she had no choice but to drive the trailer back into the United States. JESUS admitted she was never threatened and never saw a weapon. She stated she felt like she could have walked away at any time. She admitted she could have dropped the trailer at any time. JESUS informed agents that JACKSON was aware of her and PABLO's smuggling activities.

SA Elton and TFO Samuel Ortega re-approached PABLO. PABLO thereafter admitted to escorting JESUS to Mexico for the purpose of picking up narcotics in the trailer and bringing them back into the United States. PABLO stated that the people at the house where they stopped at in Mexico were friendly and not threatening. PABLO stated that JESUS will sometimes pay him $300-400 for assisting her with narcotics smuggling.